Ali R. Nader, Esq./California State Bar 183134
NADER LAW FIRM, APLC
16530 Ventura Boulevard, Suite 405
Encino, California 91436

Telephone: (818) 788-5008
Facsimile: (818) 788-8846
Email: ali@naderlawfirm.com

Attorney for Debtor/Movant

FILED & ENTERED

APR 04 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: **2:10•bk•56026-EC** |
| Lorena Marquez, | Chapter 13 |
| Debtor. | |
| | |
| Lorena Marquez, | Adversary No.: **2:10-ap-03172-EC** |
| Plaintiff, | DEFAULT JUDGMENT |
| VS | (No Hearing Required) |
| M&T BANK AND DOES 1 - 25 | |
| Defendant. | |

Plaintiff Lorena Marquez (the "Plaintiff") filed her COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF M&T BANK AND DOES 1 - 25 (the "Defendant") initiating the above-referenced adversary proceeding on November 24, 2010 seeking to avoid the second deed of trust on the real property commonly known as 40157 Cantara Drive, Palmdale, CA 93550

Page | 1

(the "Property"). The time for filing an answer or other responsive pleading to the Complaint expired on January 3, 2011. The Complaint having been properly served, no response to the Complaint having been filed, default of the Defendant having been entered on January 31, 2011, the Plaintiff having filed a motion for default judgment against the Defendant (the "Motion") in which a prima facie case was made, the court having reviewed the Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The claim of the Defendant secured by the second deed of trust on the Property shall be paid through the Plaintiff's chapter 13 plan as a general unsecured claim;

2. If the Plaintiff completes the chapter 13 plan and receives a discharge in this chapter 13 case, the Defendant shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the Property;

3. Should this chapter 13 case be dismissed or converted to another chapter under Title 11, or should the Plaintiff fail to receive a discharge in this chapter 13 case, the Defendant's second deed of trust on the Property shall be unaffected by this bankruptcy case and shall remain a lien against the Property;

4. Should a senior lienholder on the Property foreclose on the Property prior to the date on which the Plaintiff receives a discharge in this chapter 13 case, the Defendant shall retain all rights under applicable state law with regard to its lien; and

1
2
3
4     5. The parties shall bear their own costs.
5
6
7  ####
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  DATED: April 4, 2011

*Ellen Carroll*
United States Bankruptcy Judge

26
27
28

Page | 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **16530 Ventura Boulevard, Suite 405, Encino, California 91436**

A true and correct copy of the foregoing document described as **DEFAULT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **March 23, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**"Service information continued on attached page"**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Date: March 23, 2011**

                               **Sara Prado**        *"/s/" Sara Prado*
                                                                   Signature

# SERVICE LIST FOR PROPOSED ORDER BY US MAIL

M&T Bank
1 Fountain Plaza
Buffalo, NY 14203
**Address Where Notices Should Be mailed Per Proof of Claim**

M & T Bank
PO Box 619063
Dallas, TX 75261-9063

Marie King
Vice President and Corporate Secretary
One M&T Plaza
13th Floor
Buffalo, NY 14203-2399
**Via Certified Mail & Request for Return Receipt**

Ja Vonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017
**Chapter 13 Trustee**

Office of The U.S. Trustee
Los Angeles Division
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Lorena Marquez
40157 Cantara Drive
Palmdale, CA 93550
**Debtor**

Page | 5

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **DEFAULT JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 23, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.:

- Kathy A Dockery (TR)    efiling@CH13LA.com
- Ali R Nader    ali@naderlawfirm.com, chris@naderlawfirm.com;naderlawfirmencino@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**"Service information continued on attached page"**

# **SERVICE LIST FOR ENTERED ORDER**

## **To Be Served By Lodging Party By US Mail**

M&T Bank
1 Fountain Plaza
Buffalo, NY 14203
**Address Where Notices Should Be mailed Per Proof of Claim**

M & T Bank
PO Box 619063
Dallas, TX 75261-9063

Marie King
Vice President and Corporate Secretary
One M&T Plaza
13th Floor
Buffalo, NY 14203-2399
**Via Certified Mail & Request for Return Receipt**

Ja Vonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101

Lorena Marquez
40157 Cantara Drive
Palmdale, CA 93550
**Debtor**

Page | 7